**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Christopher N. KNIGHT, Defendant–
Appellant.**

**No. 08–13350
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 12, 2009.

Raymond Arthur Pierson, Mobile, AL, for Defendant–Appellant.

Steven E. Butler, Mobile, AL, for Plaintiff–Appellee.

Before CARNES, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Raymond A. Pierson, appointed counsel for Christopher N. Knight in this direct criminal appeal, has moved to withdraw from further representation of the appellant because, in his opinion, the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Knight's convictions and sentences are **AFFIRMED.**